IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SAINTSBURY HOLDINGS, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RMC, LLC; 570877 US, INC.; and )<br>493181 US, INC., )<br>)<br>Defendants. ) | No. 1:06-cv-00014<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant RMC, LLC's motion to dismiss (Docket Entry No. 12) and the Defendants 570877 US, Inc., and 493181 US, Inc. motion to dismiss (Docket Entry No. 29) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 11th day of July, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge